UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NORTHWOOD SELF STORAGE, LLC     CIVIL ACTION NO. 24-cv-1451

VERSUS     JUDGE EDWARDS

LIBERTY MUTUAL INSURANCE CO, ET AL     MAGISTRATE JUDGE HORNSBY

## MEMORANDUM ORDER

Defendants Northwood Self Storage and Safeco Insurance Company removed this case based on an assertion of diversity jurisdiction. The defendants filed Diversity Jurisdiction Disclosure Statements (Doc. 2 & 3) and alleged that Northwood is a "company" organized in Massachusetts with its principal place of business in Massachusetts and that Safeco is a "company" organized in New Hampshire with its principal place of business is Massachusetts.

The allegations suggest that the defendants are corporations, but that is not clear. Safeco and Northwood must file, no later than **December 6, 2024**, amended Diversity Jurisdiction Disclosure Statements that allege, with specificity, the type of entity of each company. If both defendants are corporations, the allegations regarding their citizenship are sufficient. If either defendant is an LLC or other form of unincorporated entity, the statement must identify each member of the entity and their citizenship. See Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017).

THUS DONE AND SIGNED in Shreveport, Louisiana, this 18th day of November, 2024.

Mark L. Hornsby
U.S. Magistrate Judge